## Donald W. Little et al., Appellants, v. Joe Gogotz, Appellee.

### Gen. No. 42,708.

opinion filed December 13, 1944; released for publication January 4, 1945. Alexander J. Reiff, for appellants; David H. Kraft, of counsel; Wyatt Jacobs and Walter A. Christopher, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.